TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN M. ARKOW (Cal. Bar No. 143755)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6975
    Facsimile: (213) 894-6269
    E-mail:   steven.arkow@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AVIV MIZRAHI, etc.,<br>ARYEH GREENES (#2),<br><br>    Defendant. | No. CR 12-467(A)-JAK<br><br>JOINT REPORT SUBMITTED BY PLAINTIFF AND DEFENDANT ARYEH GREENES |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Steven M. Arkow, and defendant Aryeh Greenes, by and through his attorney of record, Jan L. Handzlik, have conferred and respectfully submit a joint report in the above captioned case, as required by the Court's Initial Standing Order for Criminal Cases Assigned to Judge John A. Kronstadt.

    1.   <u>Status of Discovery:</u>  The government produced discovery at the initial appearance on March 12, 2021 consisting of approximately

160,000 pages (about 50 gigabytes) along with a detailed 249-page discovery index pursuant to a protective agreement and this Court's standing order and grand jury disclosure order (CR 30). The government has produced the overwhelming bulk of the discovery it is aware of, but the government's investigation is also ongoing and as additional discovery is generated or gets into the government's possession, the government will continue to abide by its discovery obligations.

2. <u>Discovery Disputes</u>: There are no discovery disputes at this time.

3. <u>Anticipated Motions</u>: The parties are unaware of any anticipated motions at this time.

4. <u>Trial Date</u>: The parties are in the process of completing a joint stipulation to continue the current trial date of May 4, 2021 to a date convenient for the Court in December 2021/January 2022.

//

5. <u>Anticipated Trial Length</u>:  The parties anticipate that the number of trial days before a jury would be approximately 5-7 days.

Dated: March 24, 2021         Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*/s/ Steven M. Arkow*
STEVEN M. ARKOW
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: March 24, 2021         /s/  via telephonic authorization
JAN L. HANDZLIK
Attorney for Defendant
Aryeh Greenes