**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARYEH GREENES (# 2),<br><br>　　　　Defendant. | No. 2:12-CR-00467-JAK-2<br><br>**ORDER RE STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANT GREENES TO MODIFY THE CONDITIONS OF DEFENDANT'S APPEARANCE BOND (DKT. 82)** |

    Based on a review of the Stipulation by and Between Plaintiff and Defendant Greenes to Modify the Condi[t]ions of Defendant[']s Appearance Bond (the "Stipulation" (Dkt. 82)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** Subject to the approval and continuing supervision of Defendant Greenes by the Pretrial Services Agency, the conditions of Defendant's appearance bond are modified to permit him to travel from his residence to and from Kollel Los Angeles, 7216 Beverly

Boulevard, Los Angeles, CA 90036 ("Kollel") on Saturdays, and while at Kollel to attend prayer services between the hours of 7:30 a.m. and 12:00 noon.

**IT IS SO ORDERED.**

Dated: June 3, 2021

_____
John A. Kronstadt
United States District Judge