JAN LAWRENCE HANDZLIK (State Bar No. 047959)
Jan Lawrence Handzlik, APC
515 South Flower Street, 18th Floor
Los Angeles, CA 90071-2231
Tel: 213-236-3519
Fax: 213-236-3501
jan@handzliklaw.com

Attorney for Defendant Aryeh Greenes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARYEH GREENES (# 2),<br><br>Defendant. | 2:12-CR-00467(A)-JAK-2<br><br>STIPULATION TO CONTINUE DATE OF SENTENCING FOR DEFENDANT ARYEH GREENES; [PROPOSED] ORDER CONTINUING SENTENCING DATE FOR DEFENDANT ARYEH GREENES |

Plaintiff, United States of America, by and through its attorney of record, the United States Attorney for the Central District of California, and defendant Aryeh Greenes, by and through his attorney of record, Jan L. Handzlik, hereby stipulate and agree as follows:

1. On February 24, 2022, defendant Greenes entered a plea of guilty to Count Ten of the First Superseding Indictment (Dkt. 96). The Court set the hearing for the imposition of sentence and entry of judgment on June 16, 2022, at 8:30 AM (the "Hearing").

2. Defendant Greenes requests that the Hearing be continued to a later date, to enable him to prepare for the imposition of sentence more fully. Defendant will use the additional time to obtain and provide further relevant information to the U.S. Probation Office.

STIPULATION TO CONTINUE DATE OF SENTENCING FOR DEFENDANT ARYEH GREENES; [PROPOSED] ORDER CONTINUING SENTENCING DATE FOR DEFENDANT ARYEH GREENES 1

3. Among other things, defendant Greenes intends to obtain updated reports about his physical and mental and health, by undergoing further medical and neuropsychological exams. This will enable him to provide the Court with more current reports concerning his type 2 diabetes, stage 2 hypertension, coronary artery disease, anemia, morbid obesity and cognitive impairments.

4. To accomplish this, Defendant respectfully requests that the Hearing be continued from June 16th to Thursday, August 25, 2022.

5. Defendant has not sought a continuance of the sentencing date before now.

6. Defendant is at liberty on an appearance bond secured by real property with conditions of Pretrial Services supervision and electronic monitoring (Dkt. 97).

7. Defendant has faithfully complied with the conditions of his release.

8. Attorney for plaintiff United States, Assistant U.S. Attorney Steven Arkow, has informed undersigned defense counsel that the government does not object to this request.

DATED: April 15, 2022

Respectfully submitted,

UNITED STATES ATTORNEY

By: /s/ per authorization by email
    STEVEN M. ARKOW
Assistant United States Attorney
Counsel for Plaintiff

JAN LAWRENCE HANDZLIK, APC

By: _____/s/_____
    JAN L. HANDZLIK
Counsel for Defendant Aryeh Greenes

STIPULATION TO CONTINUE DATE OF SENTENCING FOR DEFENDANT ARYEH GREENES; [PROPOSED] ORDER CONTINUING SENTENCING DATE FOR DEFENDANT ARYEH GREENES 2