JAN LAWRENCE HANDZLIK (State Bar No. 047959)
Jan Lawrence Handzlik, APC
515 South Flower Street, 18th Floor
Los Angeles, CA 90071-2231
Tel: 213-236-3519
Fax: 213-236-3501
jan@handzliklaw.com

Attorney for Defendant Aryeh Greenes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| UNITED STATES OF AMERICA, | 2:12-CR-00467(A)-JAK-2 |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER CONTINUING SENTENCING DATE FOR DEFENDANT ARYEH GREENES |
| ARYEH GREENES (# 2), | |
| Defendant. | |

The parties have entered a stipulation to continue the date for sentencing and entry of judgment from June 16, 2022, to August 25, 2002. Good cause appearing therefor:

IT IS HEREBY ORDERED that the date of the hearing for the imposition of sentence and entry of judgment is continued from June 16, 2022, to August 25, 2022, at 8:30 AM. Defendant shall appear at the hearing on that date and at that time without further notice or order of the Court.

DATED: April __, 2022                            _____

                                                HONORABLE JOHN A. KRONSTADT
                                                United States District Judge

[PROPOSED] ORDER CONTINUING SENTENCING DATE FOR  DEFENDANT ARYEH GREENES - 1