JAN LAWRENCE HANDZLIK (CA State Bar No. 047959)
Jan Lawrence Handzlik, APC
515 South Flower Street, 18th Floor
Los Angeles, CA 90071-2231
Tel: 213-236-3519
Fax: 213-236-3501
jan@handzliklaw.com

Attorney for Defendant Aryeh Greenes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| UNITED STATES OF AMERICA, | 2:12-cr-00467(A)-JAK-2 |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANT TO CONTINUE SENTENCING DATE; [PROPOSED] ORDER RE STIPULATION TO CONTINUE SENTENCING DATE OF DEFENDANT ARYEH GREENES |
| ARYEH GREENES (# 2), | |
| Defendant. | |

Plaintiff, United States of America, by and through its attorney of record, the Acting U.S. Attorney for the Central District of California, and defendant Aryeh Greenes, by and through his attorney of record, Jan L. Handzlik ("Defense Counsel"), hereby stipulate and agree as follows:

1. On February 24, 2022, defendant Greenes entered a plea of guilty to Count Ten of the First Superseding Indictment (Dkt. 96). The Court initially scheduled the sentencing hearing and entry of judgment for June 16, 2022, at 8:30 AM (the "Hearing").

2. On April 18, 2022, based on a stipulation between plaintiff and defendant, the Court continued the Hearing from June 16, 2022 to August 25, 2022. (Dkt. 99).

STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANT TO CONTINUE SENTENCING DATE; [PROPOSED] ORDER RE STIPULATION TO CONTINUE SENTENCING DATE OF DEFENDANT ARYEH GREENES 1

3. On July 28, 2022, the Court, on its own motion, continued the Hearing from August 25, 2022 to September 15, 2022. (Dkt. 102)

4. Defendant Greenes respectfully requests that the Hearing be continued from September 15, 2022 to October 20, 2022. This request is based on a conflict in Defense Counsel's schedule and defendant's need for additional time within which to prepare for the imposition of sentence. Defendant will use the additional time to obtain and provide further information relevant to sentencing.

5. Defense Counsel is scheduled to be in Madrid, Spain, arriving September 12, 2022 and departing September 17, 2022, to attend the 2022 Fall Conference of the American Bar Association's International Law Section ("SIL"). The conference itself runs from September 13, 2022 through September 15, 2022. Among other things, Defense Counsel is a Vice Chair of two SIL committees which will meet at the conference.

6. In addition, defendant will use the additional time to obtain further information and reports relevant to sentencing. Among other things, defendant will provide the Court with an updated alternative sentencing submission from The Aleph Institute, the public service organization that has been assisting him in this matter on a *pro bono* basis.

7. Defendant will also provide information and submissions to the Court concerning the serious, ongoing health and medical conditions from which he suffers, including type 2 diabetes, stage 2 hypertension, coronary artery disease, anemia, morbid obesity, decreased mobility & cognitive impairments.

STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANT TO CONTINUE SENTENCING DATE; [PROPOSED] ORDER RE STIPULATION TO CONTINUE SENTENCING DATE OF DEFENDANT ARYEH GREENES 2

8. Based in part on the foregoing, defendant will argue that confinement in a prison or jail-type setting would significantly and adversely impact the foregoing health and medical conditions and place him at an increased risk of serious illness and possible death.

9. To accomplish these objectives, defendant respectfully requests a continuance of the Hearing from September 15, 2022 to October 20, 2022.

10. Defendant will provide copies of the information and submissions referred to in paragraphs 6 and 7 above to plaintiff on or before September 20, 2022, two weeks and two days before the parties are to file sentencing positions, October 6, 2022.

11. Defendant does not object to plaintiff providing the information and submissions referred to in paragraphs 6, 7 and 10 above with representatives of the Federal Bureau of Prisons and medical personnel qualified to evaluate and report on them to the Court.

12. Defendant is at liberty on an appearance bond secured by real property with a condition of Pretrial Services supervision and electronic monitoring (Dkt. 97). Defendant continues to faithfully comply with the conditions of his release.

13. Attorney for plaintiff does not object to defendant's request for a continuance.

DATED: August 23, 2022

Respectfully submitted,
ACTING UNITED STATES ATTORNEY

By: /s/ per authorization by email
STEVEN M. ARKOW
Assistant United States Attorney
Counsel for Plaintiff

JAN LAWRENCE HANDZLIK, APC

By: _____/s/_____
JAN L. HANDZLIK
Counsel for Defendant Aryeh Greenes

STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANT TO CONTINUE SENTENCING DATE; [PROPOSED] ORDER RE STIPULATION TO CONTINUE SENTENCING DATE OF DEFENDANT ARYEH GREENES 3