JAN LAWRENCE HANDZLIK (CA State Bar No. 047959)
Jan Lawrence Handzlik, APC
515 South Flower Street, 18th Floor
Los Angeles, CA 90071-2231
Tel: 213-236-3519
Fax: 213-236-3501
jan@handzliklaw.com

Attorney for Defendant Aryeh Greenes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| UNITED STATES OF AMERICA, | 2:12-CR-00467(A)-JAK-2 |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER RE STIPULATION TO CONTINUE DATE OF SENTENCING FOR DEFENDANT ARYEH GREENES (DKT. __) |
| ARYEH GREENES (# 2), | |
| Defendant. | |

Based on a review of the parties' Stipulation to Continue Date of Sentencing for Defendant Aryeh Greenes (the "Stipulation" (Dkt. __)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The sentencing hearing for Defendant Aryeh Greenes is hereby continued from September 15, 2022 to October 20, 2022 at 8:30 a.m.

**IT IS SO ORDERED**

DATE: August __, 2022                         _____
                                               HON. JOHN A. KRONSTADT
                                               United States District Judge

[PROPOSED] ORDER RE STIPULATION TO CONTINUE DATE OF SENTENCING FOR DEFENDANT ARYEH GREENES (DKT. __) 1